**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILTON ROBERT BARNES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES SHERIFF'S<br>DEPARTMENT, et al.<br><br>　　　　　　Defendants. | Case No. CV 14-9930 FMO (SS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 18, 2015

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE